**No. 54717.**—Salentine and Company, Inc. *v.* United States, protests 153513–K and 153514–K (Milwaukee).

Opinion by Mollison, J. When the case was called for trial counsel for the plaintiff abandoned protest 153513–K insofar as it relates to entries 261, 292, 293, 294, 295, 327, 328, 337, and 338, and protest 153514–K insofar as it relates to entries 234, 235, 396, 502, 562, and 591. The protests were dismissed as to the enumerated entries. Insofar as protest 153513–K relates to entries 291, 325, and 326, and protest 153514–K relates to entries 397, 500, 561, and 592, counsel for the

defendant conceded the correctness of the claim made by the plaintiff for duty at 15 percent under paragraph 1530 (f), as modified. The protests were sustained to the extent indicated.